**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 9, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-51007
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL ZAPATA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-01-CR-655-3
--------------------

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Miguel Zapata has moved for
leave to withdraw from this appeal and has filed a brief as
required by Anders v. California, 386 U.S. 738 (1967). Zapata
has received a copy of counsel's motion and brief, but has not
filed a response. This Court's independent review of the brief
and the record discloses no nonfrivolous issue. Accordingly, the
Court GRANTS counsel's motion for leave to withdraw, EXCUSES

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel from further responsibilities herein, and DISMISSES the appeal.  See 5TH CIR. R. 42.2.